UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALETHEA TAYLOR,<br><br>   Plaintiff<br><br>v.<br><br>HOME CARE ASSOCIATES,<br><br>   Defendant | CIVIL ACTION<br><br>No. 02-4016 |

MEMORANDUM/ORDER

August ___, 2002

  In this action for breach of contract, plaintiff Alethea Taylor seeks to proceed <u>in forma pauperis</u>. Ms. Taylor is currently unemployed, has no income, and possesses negligible assets. Her motion to proceed <u>in forma pauperis</u> is hereby GRANTED.

                _____
                  Pollak, J.