# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALETHEA TAYLOR                    :               CIVIL ACTION


        vs.                       :


HOME CARE ASSOCIATES             :               NO.  02-4016


### O R D E R

In view of the plaintiff's <u>pro se</u> status, it is hereby **ORDERED** that the

U.S. Marshal Service shall effectuate service in the above-captioned case.


**DATE:**                         _____

                                                            **J.**